UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA

| | |
|---|---|
| EDWARD HERSHEWE, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| vs. | ) Case No. 1:14-CV-655 MHT-TFM |
| | ) |
| KEITH GIVENS, | ) |
| Individually, | ) |
| | ) JURY TRIAL DEMANDED |
| JOHN GIVENS, | ) |
| Individually, | ) |
| | ) |
| CHASE GIVENS, | ) |
| Individually, | ) |
| | ) |
| U.S. LEGAL FORMS, INC., | ) |
| | ) |
| USLEGAL, INC., | ) |
| | ) |
| VLO MANAGEMENT, INC., | ) |
| | ) |
| EAGLE INVESTMENTS, | ) |
| | ) |
| JACOBY & MEYERS, LLC, | ) |
| | ) |
| Defendants. | ) |

## PETITION FOR INVOLUNTARY DISSOLUTION

COMES NOW Plaintiff, by and through his undersigned counsel, and for his petition for involuntary dissolution, breach of fiduciary duty, and punitive damages against Defendants Keith Given, John Givens, Chase Givens, and U.S. Legal Forms, Inc., USLegal, Inc., VLO Management, Inc., Eagle Investments, and Jacoby & Meyers, LLC, (hereinafter "the Jacoby & Meyers Corporations"), hereby states as follows:

### FACTS COMMON TO ALL COUNTS

1. Plaintiff Edward Hershewe is an individual and a resident of Missouri.

1

2. Defendant Keith Givens is an individual and a resident of Alabama. Keith Givens may be served with process at 430 W. Main Street, Dothan, Alabama 36305.

3. Defendant John Givens is an individual and a resident of Birmingham, Alabama. John Givens may be served with process at 1929 3rd Avenue North, Suite 800, Birmingham, Alabama 35203.

4. Defendant Chase Givens is an individual and a resident of Dothan, Alabama. Chase Givens may be served with process at 430 W. Main Street, Dothan, Alabama 36305.

5. Defendant U.S. Legal Forms, Inc. is a Mississippi Corporation. U.S. Legal Forms, Inc. may be served with process through its registered agent Frank Edens at 3720 Flowood Drive, Flowood, Mississippi 39232.

6. Defendant USLEGAL, Inc. is a Mississippi Corporation. USLEGAL, Inc. may be served with process through its registered agent Capitol Corporate Services, Inc., at 248 East Capitol Street, Suite 840, Jackson, Mississippi 39201.

7. Defendant VLO Management, Inc. is an Alabama Corporation. VLO Management, Inc. ("VLO") may be served with process through its registered agent John Givens at 1929 3rd Avenue North, Suite 800, Birmingham, Alabama 35203.

8. Defendant Eagle Investments, LLP is an Alabama Corporation. Eagle Investments may be served with process through its registered agent Keith Givens at 430 W. Main Street, Dothan, Alabama 36305.

9. Jacoby & Meyers, LLC is an Alabama Corporation. Jacoby & Meyers, LLC may be served with process through its registered agent Keith Givens at 163 West Main Street, Dothan, Alabama 36301.

10. Jurisdiction is proper in this Court pursuant to 28 U.S.C. § 1332.

11. Venue is proper in this Court pursuant to 28 U.S.C. § 1331 in that a substantial part of the events giving rise to the claim occurred in this district.

## COUNT I:
## CORPORATE DISSOLUTION OF DEFENDANT VLO MANAGEMENT AND DEFENDANT U.S. LEGAL, LLC
**(versus all Defendants)**

12. At all times relevant herein, Plaintiff Edward Hershewe and Defendants Keith Givens, John Givens, and Chase Givens were shareholder members of Defendant VLO.

13. Plaintiff Edward Hershewe and Defendant Keith Givens are co-managers of VLO.

14. Plaintiff Hershewe owns 46.25% of VLO Management and Defendants Keith, John, and Chase Givens own 20%, 15%, and 15% of VLO Management, respectively. The remaining shareholders are Hezekiah Sistrunk and Shean Williams.

15. Defendant VLO Management owns 80% of Defendant U.S. Legal, LLC.

16. Defendant Frank Edens owns the other 20% of Defendant U.S. Legal, LLC.

17. Defendant U.S. Legal, LLC owns 100% of USLEGAL, Inc. Defendant Keith Givens is the President and Director of USLEGAL, Inc., and Plaintiff Hershewe and Frank Edens are Co-Vice Presidents and Directors of USLEGAL, Inc.

18. Defendant Keith Givens is the owner of Defendant Eagle Investments, LLP, and the owner of the Defendant Jacoby & Meyers Bankruptcy, LLP, a Georgia Corporation, and the Defendant Jacoby & Meyers, LLC, an Alabama Corporation.

19. Defendants Keith Givens, John Givens, Chase Givens, Eagle Investments, and Jacoby & Meyers, LLC, have taken unilateral actions that are illegal, oppressive, fraudulent, and detrimental to Plaintiff Hershewe as well as the Defendant corporations which they own together, such that it such that it is not reasonably practicable to carry on the businesses.

3

20. Plaintiff and shareholder Hershewe made an initial shareholder investment of $3.5 million in VLO Management.

21. Unbeknownst to Plaintiff, Defendant Keith Givens took $1 million of Plaintiff's $3.5 million VLO shareholder contribution and transferred it to Defendant's personal company, Defendant Eagle Investments, under the guise of the loan. See Plaintiff's Exhibit A.

22. In March of 2013, Defendant Keith Givens represented to Plaintiff Hershewe that their company U.S. Legal Forms was in need of cash. Givens never mentioned the $1 million that he had taken out of VLO and transferred to Eagle Investments.

23. Defendants Givens requested that Plaintiff Hershewe and VLO sign onto a $1 million bank loan at ServisFirst Bank in Dothan, Alabama, to benefit U.S. Legal Forms, and Plaintiff agreed. **See Plaintiff's Ex. B, Disbursement Request and Authorization for $1,000,000.00 from ServisFirst Bank to VLO Management, LLC.**

24. Defendant Eagle Investments has never repaid the $1 million that Defendants Givens took from VLO, and which was Plaintiff's shareholder contribution.

25. Defendants Keith Givens and Chase Givens controlled the bank account for VLO and had a fiduciary duty to account to all shareholders when using capital contributions.

26. Defendants Keith Givens, John Givens, and Chase Givens had knowledge that money was illegally used without consent and/or approval of the VLO Board of Directors.

27. Defendants Keith Givens, John Givens, and Chase Givens took money from VLO and used it for their own personal gain and to the detriment of Plaintiff Hershewe, who had made capital contributions.

4

28. The fraudulent bank loan of $1 million further plunged VLO into unneeded debt when Keith Givens and Chase Givens stole $1 million of VLO money and transferred it to Eagle Investments.

29. In addition, VLO had no operating agreement in place which would allow such transfers.

30. The actions of Defendants Keith Givens and Chase Givens in illegally transferring $1 million to Eagle Investments deprived VLO and U.S. Legal Forms of money that was needed to run the company.

31. Further, Defendant Keith Givens squandered the better part of $500,000 of the remainder of Plaintiff's shareholder contribution to VLO on services and items wholly unrelated to the operation of VLO.

32. For example, Defendant Givens spent $24,637.50 on legal fees for his company Defendant Jacoby & Meyers Bankruptcy, which is a company that Defendant personally owns. Defendant Givens also spent $13,087.00 on registration fees for his company Jacoby & Meyers Bankruptcy. See Plaintiff's Exhibit C.

33. In March 2014, LegalZoom.com, Inc. led a group of creditors in filing a Chapter 7 involuntary bankruptcy proceeding against Jacoby & Meyers Bankruptcy in United States District Court for the Southern District of New York.

34. As such, the money spent by Defendant Keith Givens on his own Jacoby & Meyers Bankruptcy company is currently unredeemable because Jacoby & Meyers Bankruptcy itself is undergoing bankruptcy.

35. That illegal expense payments of $500,000.00 deprived VLO and U.S. Legal of money needed to run the company.

5

36. Defendant Givens never informed Plaintiff that he had illegally transferred $1 million of Plaintiff Hershewe's VLO shareholder contribution to Eagle Investments, the company Givens personally owns.

37. Neither did Defendant Givens inform Plaintiff that he had used the better part of $500,000 of VLO money and Plaintiff's shareholder contribution on items and services wholly unrelated to VLO.

38. The aforementioned acts of Defendants Keith, John and Chase Givens', on behalf of Defendants Eagle Investments and the Defendant Jacoby & Meyers Corporations, were intentionally oppressive, fraudulent, and malicious towards Plaintiff, and as such, Plaintiff is entitled to recover punitive damages against those Defendants.

39. That Alabama Code section 10-2B-14.30 allows a shareholder to petition the court for dissolution of corporation when the directors or those in control of the corporation have acted, or are acting, or will act in a manner that is illegal, oppressive, or fraudulent.

40. That, due to Defendant Givens' stealing of Plaintiff's shareholder funds for their own personal benefit and the benefit of Defendant Eagle Investments, LLP, and Defendant Jacoby & Meyers Corporations, Defendants Givens and his companies have acted in a way that is illegal, oppressive, and fraudulent. As such, Plaintiff Hershewe asks the Court to:

    a. Take jurisdiction of the Defendant corporations in which Plaintiff is a shareholder with Keith, John, and Chase Givens, namely U.S. Legal Forms, Inc., USLEGAL, Inc., and VLO Management;

    b. Remove Defendants Keith, John, and Chase Givens from the Board of Directors of VLO and U.S. Legal Forms and replace them with Bill Carn;

c. Remove Defendants Keith, John, and Chase Givens from check writing authority for VLO and U.S. Legal Forms and replace them with Bill Carn;

d. Appoint Bill Carn as trustee, administrator, or receiver to wind up the affairs of the corporations if the parties cannot reach an agreement to that effect;

e. Hold Plaintiff Hershewe harmless from any resultant liabilities;

f. Return Plaintiff's $1,500,000.00 shareholder contribution to Defendant VLO;

g. Return Plaintiff's $2,000,000 shareholder contribution to Defendant U.S. Legal Forms, Inc.;

h. Return all monies to Plaintiff that Plaintiff paid for cash calls;

i. Award Plaintiff punitive damages against Defendants Eagle Investments, the Jacoby & Meyers Corporations, Keith Givens, John Givens, and Chase Givens; and

j. Award Plaintiff interest on all monies returned to him, as well as his costs expended herein;

k. Prohibit Defendants Keith, John, and Chase Givens from acting as co-managers of VLO and U.S. Legal;

l. Appoint Bill Carn as trustee, administrator, or receiver to take over co-management responsibilities;

m. Enter an Order of Protection freezing all assets of Eagle Investments, Defendants Keith, John, and Chase Givens, and Jacoby & Meyers, LLC; and

n. Prohibit Defendants Keith, John, and Chase Givens from acting or serving on the Board of Directors.

RECEIVED
JUL -7 P 1:42

## COUNT III:
## BREACH OF FIDUCIARY DUTY
**(Defendants Keith, John, and Chase Givens)**

41. Plaintiff incorporates the foregoing paragraphs as if fully restated herein.

42. At the time of the events described herein, a fiduciary duty existed between Plaintiff Hershewe and Defendants Keith, John, and Chase Givens, by virtue of their partnership in the various corporations, including VLO Management, U.S. Legal Forms, and USLEGAL, Inc.

43. That Defendants Keith, John, and Chase Givens breached that fiduciary duty when they appropriated the $1,500,000.00 in VLO shareholder contributions from Plaintiff Ed Hershewe and used it for their own companies, Defendant Eagle Investments and the Defendant Jacoby & Meyers Corporations.

44. As a result of Defendants' breaches of fiduciary duty, Plaintiff Hershewe has suffered damages, including a loss of his $1,500,000.00 shareholder contribution to VLO.

45. The aforementioned acts of Defendants Eagle Investments, the Jacoby & Meyers Corporations, Keith Givens, John Givens, and Chase Givens were intentionally oppressive, fraudulent, and malicious towards Plaintiff, and as such, Plaintiff is entitled to recover punitive damages against those Defendants.

46. That the conduct of Defendants Keith, John, and Chase Givens has constituted a breach of the fiduciary duty that each Defendant owes to Plaintiff Hershewe, and Plaintiff Hershewe therefore asks the Court to:

a. Take jurisdiction of the Defendant corporations in which Plaintiff is a partner with Keith, John, and Chase Givens, namely U.S. Legal Forms, Inc., USLEGAL, Inc., and VLO Management;

b. Remove Defendants Keith, John, and Chase Givens from the Board of Directors of VLO and U.S. Legal Forms and replace them with Bill Carn;

c. Remove Defendants Keith, John, and Chase Givens from check writing authority for VLO and U.S. Legal Forms and replace them with Bill Carn;

d. Appoint Bill Carn as trustee or administrator to wind up the affairs of the corporations if the parties cannot reach an agreement to that effect;

e. Hold Plaintiff Hershewe harmless from any resultant liabilities;

f. Return Plaintiffs' $1,500,000.00 shareholder contribution to Defendant VLO;

g. Return Plaintiff's $2,000,000 shareholder contribution to Defendant U.S. Legal Forms, Inc.;

h. Return all monies to Plaintiff that Plaintiff paid for cash calls;

i. Award Plaintiff punitive damages against Defendants Eagle Investments, the Jacoby & Meyers Corporations, Keith Givens, John Givens, and Chase Givens;

j. Award Plaintiff interest on all monies returned to him, as well as his costs expended herein;

k. Prohibit Defendants Keith, John, and Chase Givens from acting as co-managers of VLO and U.S. Legal;

l. Appoint Bill Carn as trustee, administrator, or receiver to take over co-management responsibilities; and

m. Enter an Order of Protection freezing all assets of Eagle Investments, Defendants Keith, John, and Chase Givens, and Jacoby & Meyers, LLC, until the $1 million plus interest is returned.

**WHEREFORE,** Plaintiff prays for this Court to take jurisdiction of the Defendant corporations, appoint Bill Carn as trustee, administrator, or receiver to wind up the affairs of the corporations if the parties cannot reach an agreement, remove Defendants Keith, John, and Chase Givens from the Board of Directors of VLO and U.S. Legal Forms and replace them with Bill Carn, remove Defendants Keith, John, and Chase Givens from check writing authority for VLO and U.S. Legal Forms and replace them with Bill Carn, hold Plaintiff harmless from any resulting liabilities, return Plaintiff's $1.5 million shareholder contribution to Defendant VLO, return Plaintiff's $2 million shareholder contribution to Defendant U.S. Legal Forms, return Plaintiff's money he expended for cash calls, award Plaintiff interest on all monies returned to him, his costs expended herein, prohibit Defendants Keith, John, and Chase Givens from acting as co-managers of VLO and U.S. Legal, freeze all assets of Defendant Eagle Investments, Defendants Keith, John, and Chase Givens, and Jacoby & Meyers, LLC, until the $1 million plus interest is returned, award Plaintiff punitive damages against Defendants Eagle Investments, Jacoby & Meyers, LLC, and Keith, John and Chase Givens, and for such further relief as the Court deems just and proper under the circumstances.

Respectfully submitted by:

THE HERSHEWE LAW FIRM, P.C.

_____
Shelly Dreyer  Bar #46275MO
Ed Hershewe MO Bar #27641
431 S. Virginia Ave.
Joplin, MO 64801-2399
Phone     417-782-3790
Fax         417-782-8482
ed.hershewe@h-law.com
*ATTORNEY FOR PLAINTIFF*