IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, SOUTHERN DIVISION

```
EDWARD HERSHEWE,            )
                            )
    Plaintiff,              )
                            )       CIVIL ACTION NO.
    v.                      )         1:14cv655-MHT
                            )             (WO)
KEITH GIVENS, et al.,       )
                            )
    Defendants.             )
```

### JUDGMENT

Defendants US Legal Forms, Inc. and US Legal, Inc. move to dismiss the claims against them. In his response, plaintiff Edward Hershewe states that he included these defendants out of "an abundance of caution" in case they were considered necessary parties under the federal rules, but otherwise did not object to their dismissal.

Because the court finds that these defendants are not necessary parties under Federal Rule of Civil Procedure 19, it is ORDERED, JUDGED, and DECREED that:

(1) Defendants US Legal Forms, Inc. and US Legal, Inc.'s motion to dismiss (doc. no. 113) is granted.

(2) Defendants US Legal Forms, Inc. and US Legal, Inc. are dismissed without prejudice, with costs taxed as paid.

(3) Defendants US Legal Forms, Inc. and US Legal, Inc. are terminated as parties.

The clerk of the court is DIRECTED to enter this document on the civil docket as a final judgment pursuant to Rule 58 of the Federal Rules of Civil Procedure.

This case is not closed.

DONE, this the 24th day of February, 2015.

                                             /s/ Myron H. Thompson  
                                       UNITED STATES DISTRICT JUDGE