IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, SOUTHERN DIVISION

| | |
|---|---|
| **EDWARD HERSHEWE,** ) | |
| ) | |
| Plaintiff, ) | |
| ) | CIVIL ACTION NO. |
| v. ) | 1:14cv655-MHT |
| ) | (WO) |
| **KEITH GIVENS, et al.,** ) | |
| ) | |
| Defendants. ) | |

### ORDER

It is ORDERED that the motion to strike (doc. no. 115) is denied.

DONE, this the 29th day of September, 2015.

　　　　　　　　　　　　　　/s/ Myron H. Thompson
　　　　　　　　　　　　**UNITED STATES DISTRICT JUDGE**