IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, SOUTHERN DIVISION

| | | |
|---|---|---|
| **EDWARD HERSHEWE,** | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | CIVIL ACTION NO. |
| v. | ) | 1:14cv655-MHT |
| | ) | (WO) |
| **KEITH GIVENS, et al.,** | ) | |
| | ) | |
| Defendants. | ) | |

### ORDER

It is ORDERED that the collective motion and alternative motion for more definite statement (doc. no. 145) are denied.

DONE, this the 29th day of September, 2015.

                                        /s/ Myron H. Thompson
                                        **UNITED STATES DISTRICT JUDGE**