IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, SOUTHERN DIVISION

```
EDWARD HERSHEWE,              )
                              )
    Plaintiff,                )
                              )      CIVIL ACTION NO.
    v.                        )        1:14cv655-MHT
                              )            (WO)
KEITH GIVENS, et al.,         )
                              )
    Defendants.               )
```

### ORDER

It is ORDERED that the motion for sanctions and the motion to appoint expert (doc. nos. 80 & 133) are denied without prejudice.  The issues presented should be the subject of appropriate discovery and, if necessary, retained expert opinions.  To the extent the issues still remain in dispute, they can be raised again as part of a dispositive motion.

DONE, this the 29th day of September, 2015.

                                                             /s/ Myron H. Thompson  
                                             UNITED STATES DISTRICT JUDGE