# UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF ALABAMA

EDWARD HERSHEWE,          )
                                     )

               **Plaintiff,**        )
                                     )

**vs.**                                )     **Case No. 1:14-cv-00655-MHT-TFM**
                                     )

**KEITH GIVENS, et al.,**        )
                                     )

               **Defendants.**    )

## JOINT STIPULATION FOR DISMISSAL WITH PREJUDICE

COME NOW, Plaintiff/Counter Defendant, Edward Hershewe, Defendant/Counter Claimant, Keith Givens, Defendant/Counter Claimant, John Givens, Defendant/Counter Claimant, Chase Givens, Defendant/Counter Defendant, VLO Management, Inc., Defendant/Counter Claimant, Jacoby & Meyers, LLC, Defendant, Eagle Investments, LLP, Defendant, Eagle Investment Group, LLP, Counter Defendant, American Big Data, Inc., Counter Defendant, AB Data, Inc., Counter Defendant, PLAT4M LLC, Counter Defendant Jacoby & Meyers Missouri, LLC and Counter Defendant, The Edward J. Hershewe Trust, by and through Edward Hershewe as Trustee (collectively, as the "The Parties") and respectfully submit this Joint Stipulation of Dismissal pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure.

The Parties hereby jointly stipulate to the dismissal all of their claims and causes of action with prejudice, each party to bear its own attorney fees, expenses and costs.

Respectfully submitted on this the 21st day of January, 2016.

1

/s/ Lindan J. Hill
Lindan Jerome Hill
Bruce Gordon
Lynn Darty
Gordon, Dana & Gilmore, LLC
600 University Park Place, Suite 100
Birmingham, AL 35209
Telephone: 205-874-7960
lhill@gattorney.com
bgordon@gattorney.com
*Attorneys for Plaintiffs*

/s/ John Givens
John Givens
The Cochran Firm
111 East Main Street
Dothan, AL 36301
Telephone: 334-673-1555
johngivens@cochranfirm.com
*Attorneys for Defendant VLO Management*

/s/ Joseph David Lane
Joseph David Lane
The Cochran Firm-Dothan PC
111 East Main Street
Dothan, AL 36301
Telephone: 334-673-1555
jlane@cochranfirm.com
*Attorney for Defendant Eagle Investments, LLP*
*And Eagle Investments Group, LLP*

/s/ Angela Mason
Angela Mason
John Farrest Taylor
The Cochran Firm-Dothan PC
111 East Main Street
Dothan, AL 36301
Telephone: 334-673-1555
angelamason@cochranfirm.com
ftaylor@cochranfirm.com
*Attorneys for Defendant Keith Givens*

/s/ William Gantt Pierce
William Gantt Pierce
Lance Harrison Swanner
Jacoby & Meyers
111 East Main Street
Dothan, AL 36301
Telephone: 334-794-8000
Gantt.pierce@jacobymeyers.com
Lance.swanner@jacobymeyers.com
*Attorneys for Defendant Chase Givens*

/s/ Joseph Siegelman
Joseph Siegelman
The Cochran Firm
1929 3rd Ave. N., Suite 800
Birmingham, AL 35203
Telephone: 205-244-1115
jsiegelman@cochranfirm.com
*Attorneys for Defendant John Givens*

/s/ Carl Ethridge Underwood, III
Carl Ethridge Underwood, III
Jacoby & Meyers, LLC
PO Box 5551
Dothan, AL 36302
Telephone: 334-794-8000
Carl.underwood@jacobymeyers.com
*Attorneys for Defendant Jacoby & Meyers, LLC*